UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS McDANIEL,

                    Plaintiff,

          -against-

THE CITY OF NEW YORK,

                    Defendant.

1:20-CV-2832 (LLS)

ORDER DIRECTING ORIGINAL
SIGNATURE

LOUIS L. STANTON, United States District Judge:

Plaintiff brings this action *pro se*. He submitted his amended complaint without an

original signature. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very

pleading, written motion, and other paper must be signed by at least one attorney of record in the

attorney's name – or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a);

*see* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did

in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532

U.S. 757, 764 (2001). To remedy Plaintiff's lack of signature, within thirty days of the date of

this order, Plaintiff must sign and submit the attached declaration form for his amended

complaint.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on

the docket. No summons shall issue at this time.

If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated:   August 5, 2020
         New York, New York

                                          *Louis L. Stanton*
                                          Louis L. Stanton
                                          U.S.D.J.

2