UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURTIS McDANIEL,

                  Plaintiff,

      -against-

THE CITY OF NEW YORK,

                  Defendant.

1:20-CV-2832 (LLS)

CIVIL JUDGMENT

    Pursuant to the order issued September 22, 2020, dismissing this action,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims under 42 U.S.C. § 1983 for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to consider Plaintiff's claims under state law under the Court's supplemental jurisdiction. 28 U.S.C. § 1367(c)(3).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  September 22, 2020
          New York, New York

                                            _Louis L. Stanton_
                                               Louis L. Stanton
                                                  U.S.D.J.